892

*W. Carroll Hunter* and *Neil Brooks* for petitioner. *Harry Polikoff* and *Edgar J. Goodrich* for respondent.

No. 314. McRae *v.* Woods, Acting Housing Expediter. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* *Acting Solicitor General Stern, John R. Benney, Ed Dupree, A. M. Edwards* and *Nathan Siegel* for respondent.

No. 381. American President Lines, Ltd. *v.* Immigration and Naturalization Service et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Welburn Mayock* and *W. S. Mayock* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Felicia H. Dubrovsky* for respondents.

No. 383. C-O-Two Fire Equipment Co. et al. *v.* United States. C. A. 9th Cir. Certiorari denied. *Francis R. Kirkham* for petitioners. *Acting Solicitor General Stern, Acting Assistant Attorney General Clapp* and *Daniel M. Friedman* for the United States.

No. 385. Western New York Water Co. et al. *v.* Erie County Water Authority. Court of Appeals of New York. Certiorari denied. *Jesse Climenko* for petitioners. *Melvin L. Bong* and *Laurence J. Olmsted* for respondent.

No. 397. Ernest, Trustee in Bankruptcy, *v.* Riverview State Bank. C. A. 10th Cir. Certiorari denied. *Wesley E. Brown, Donald C. Martindell* and *William D. P. Carey* for petitioner. *T. M. Lillard* and *N. E. Snyder* for respondent.